BENJAMIN WEST, Defendant in Error, *v.* THE HANNIBAL AND
ST. JOSEPH RAILROAD COMPANY, Plaintiff in Error.

*Railroads—Negligence.*—A petition against a railroad company for killing
stock must either allege that the injury was caused by the negligence or
wilfulness of the defendant, or set forth such facts as show that it is liable
under the statute, R. C. 1855, p. 649, § 5, "Damages," which is equivalent
to the allegation of negligence. (See Brown v. Hannibal and St. Joseph
R.R., 33 Mo. 309.)

*Error to Marion Circuit Court.*

*D. G. Davenport,* for defendant in error.

*James Carr,* for plaintiff in error.

DRYDEN, Judge, delivered the opinion of the court.

In this case the judgment must be reversed for the want
of a statement of sufficient facts in the petition to constitute
a cause of action. The suit is for the killing of a cow of the
defendant in error, by means of the locomotive and cars of
the plaintiff in error, while running on its road. The pleader
attempted to frame his petition on the fifth section of the
act concerning damages, but failed to aver, as it was neces-
sary to do in order to show a cause of action under that sec-
tion, that the act complained of did not occur on any portion
of the road enclosed by a lawful fence, or in the crossing of a
public highway. The averment of these facts is equivalent
to the averment of negligence or wilfulness, but in this
case the petition fails in both. Let the judgment be reversed
and the cause remanded ; the other judges concur.